1  Michael G. Woods, # 058683-0         (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendant
6  AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA

7

8                UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT

10

11 | MICHAEL COLEMAN, ROBERT       | Case No.  1: 03 CV 6707 REC DLB
   | STOCKER and GRANT WILLIAMS,   |
12 |                               | **STIPULATION AND ORDER**
   |         Plaintiffs,           |
13 |                               |
   |    v.                         |
14 |                               |
   | AUTOMOBILE CLUB OF SOUTHERN   |
15 | CALIFORNIA, INC. and DOES 1-50,|
   | inclusive,                    |
16 |                               |
   |         Defendant.            |
17

18     The parties hereto, after conferring through their respective attorneys of record, stipulate

19  and agree, in the above-entitled matter, to the following date changes:

20     All dates previously set by this Court remain the same except as follows:

21     1.    Expert witness disclosure by all parties:       May 31, 2005

22     2.    Supplemental expert disclosure;                 June 15, 2005

23     3.    Expert discovery cut-off:                       July 13, 2005

24  Dated: May 1, 2005                    McCORMICK, BARSTOW, SHEPPARD,
                                          WAYTE & CARRUTH
25

26
                                          By:_____/S/   Michael G. Woods_____
27                                              Michael G. Woods
                                                Attorneys for Defendant
28

STIPULATION AND ORDER

| | |
|---|---|
| 1   Dated: May 9, 2005 | BOURDETTE AND PARTNERS |

By:_____/S/  Allen Broslovsky_____
        Allen Broslovsky
        Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated:   May 10, 2005         ___/s/ Dennis L. Beck_____
       Dennis Beck,
       United States Magistrate Judge
       Eastern District of California

06091/00000-822697.v1