Philip C. Bourdette, #47492
Allen Broslovsky #124102
BOURDETTE & PARTNERS
2924 W. Main Street
Visalia, CA  93291
(559) 625-8425

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COLEMAN, ROBERT STOCKER and GRANT WILLIAMS,<br><br>   Plaintiffs,<br><br>v.<br><br>AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, and DOES 1-50, inclusive,<br><br>   Defendants. | No.  1: 03 CV 6707 REC- DLB<br><br>**STIPULATION AND ORDER** |

The parties hereto, after conferring through their respective attorneys of record, stipulate and agree, in the above-entitled matter, to the following date change:

Expert witness disclosure and designation shall now be set for Wednesday, June 1, 2005, instead of Tuesday, May 31, 2005, as previously scheduled.

All other dates in the case to remain the same.

Dated: May 31, 2005            BOURDETTE AND PARTNERS


                               By:_/s/ Allen Broslovsky
                                  ALLEN BROSLOVSKY
                                  Attorneys for Plaintiffs

Dated:  May 31, 2005           MCCORMICK, BARSTOW,
                               SHEPPARD, WAYTE & CARRUTH, LLP



                               By: /s/ Michael Woods
                                  MICHAEL G. WOODS
                                  Attorneys for Defendant

- 1 -

STIPULATION AND ORDER

**IT IS SO ORDERED**.

Dated: May 31, 2005         /s/ Dennis L. Beck
                            Dennis L. Beck,
                            United States Magistrate Judge
                            Eastern District of California

- 2 -

STIPULATION AND ORDER